**In the matter of the COMPLAINT filed by Patrick LYNN,**

Patrick Lynn, Plaintiff–Appellant,

v.

Charles Rogers; Stephen G. Mirakian; Linden Appel; and Julie St. Peter, Defendants–Appellees.

No. 07–3234.

United States Court of Appeals, Tenth Circuit.

Nov. 6, 2007.

Patrick C. Lynn, El Dorado, KS, pro se.

Charles M. Rogers, Wyrsch Hobbs & Mirakian, Kansas City, MO, pro se.

Stephen G. Mirakian, Wyrsch, Atwell, Mirakian, Lee & Hobbs, Kansas City, MO, pro se.

Linden G. Appel, Topeka, KS, pro se.

Martha M. Snyder, Assistant Attorney General, Trevin Erik Wray, Topeka, KS, for Linden Appel and Julie St. Peter.

Before TACHA, Chief Circuit Judge, HENRY and HARTZ, Circuit Judges.

## ORDER

This is an appeal from a district court order dismissing appellant's disciplinary complaints against four attorneys, Charles Rogers, Stephen G. Mirakian, Linden Appel, and Julie St. Peter, and from an order denying appellant's motion for reconsideration.

A private citizen does not have standing to initiate or maintain a disciplinary proceeding, or to appeal if a court declines to discipline an attorney. *See, e.g., Mattice v. Meyer,* 353 F.2d 316 (8th Cir.1965).

This appeal is **DISMISSED**.